**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: May 14, 2019**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **David L Baucom** | : | Case No.: 19-11123 |
| **Regina K Baucom** | : | Chapter 7 |
| | : | Judge Beth A. Buchanan |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER 14) ON FIRST MORTGAGE AS TO REAL PROPERTY LOCATED AT 6592 STATE ROUTE 48, GOSHEN, OH 45122**

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor") filed as Docket Number 14.

Creditor has alleged that good cause exists for granting the Motion and that David L Baucom and Regina K Baucom (collectively, "Debtor"), counsel for the Debtor, the Trustee, and all other necessary parties were served with the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

19-012915_BEW1

1. The Motion is granted and the automatic stay imposed by 11 U.S.C. § 362 of the Bankruptcy Code is terminated with respect to the Creditor and its successors and assigns, as to the real property owned by Debtor and located at 6592 State Route 48, Goshen, OH 45122.

2. Creditor may proceed with an action to reclaim and liquidate Debtor's real property located at 6592 State Route 48, Goshen, OH 45122.

**SO ORDERED.**

**SUBMITTED BY**:

/s/ Adam B. Hall
_____

Adam B. Hall (0088234)
Edward H. Cahill (0088985)
John R. Cummins (0036811)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

Copies to:
 Default list plus additional parties

   David L Baucom and Regina K Baucom, P.O. Box 92, Goshen, OH  45122
   (notified by regular US Mail)

   David L Baucom and Regina K Baucom, 6592 State Route 48, Goshen, OH  45122
   (notified by regular US Mail)

   Clermont County Treasurer, 101 East Main Street, Batavia, OH  45103
   (notified by regular US Mail)