**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 11, 2019**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **In Re** ) | |
| ) | |
| **DAVID L. BAUCOM** ) | Case No. 19-11123 |
| **REGINA K. BAUCOM** ) | Chapter 13 |
| ) | Judge Buchanan |
| **Debtor(s)** ) | |

### ORDER TO FILE SUPPLEMENT REGARDING APPLICATION TO EMPLOY
### [Docket Number 18]

This matter is before this Court on the Trustee's *Application to Employ BK Global and Comey & Shepard as Realtor* [Docket Number 18] (the "Application").

By the Application, the Trustee seeks to employ BK Global Real Estate Services ("BKRES") and Comey & Shepherd to sell certain real property. The Application, however, lacks the required supporting documentation. Specifically, the affidavits of disinterest, the BKRES agreement and the Comey & Shepherd listing agreement are missing.

Accordingly, the Trustee shall file the affidavit of disinterest and the BKRES fee and listing agreement **within fourteen (14) days of the entry date of this order, or the Application may be denied without further notice**.

**SO ORDERED.**

Distribution list:

Default List